UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENERAL MOTORS CORPORATION,
    v.                                  Case No. 06-10757-DT
                                          Bank No. 06-00517 (USBC D. AZ)
                                          Bank No. 06-00519 (USBC D. AZ)

KM2 LIMITED AND SMA PATENTS, LLC,
_____/

**ORDER OF REMOVAL OF ACTION AS A PENDING MATTER**

      The court having been informed by the parties that a party to this action has instituted Bankruptcy proceedings, thereby commencing a stay of proceedings in this civil action pursuant to 11 U.S.C. 362(a)(1); and it further appearing to the court that such a stay will remain in effect for a substantial period of time; and there existing a possibility that at the close of such stay this matter will be either voluntarily dismissed by the parties or abandoned by the parties without notice to the court; and there appearing to be no further reason at this time to maintain this file as open for statistical purposes;

      IT IS ORDERED that the clerk close this matter for statistical purposes.  Nothing contained in this order or the related docket entry shall be considered a dismissal or disposition of this matter, and, should further proceedings become necessary or desirable, any party may initiate them upon termination of the stay of proceedings in the same manner as if this order had not been entered, and the court will order that the matter be reopened for statistical purposes.

                                              s/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: September 14, 2006

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 14, 2006, by electronic and/or ordinary mail.

                                                       s/Lisa Wagner  
                                                  Case Manager and Deputy Clerk  
                                                  (313) 234-5522